FILED
CLERK, U.S. DISTRICT COURT
July 27, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: VPC DEPUTY

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA Y. HONG, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:19-cv-10758 SB (KSx)<br>[Filed: November 15, 2019]<br>[Removed: December 18, 2019]<br><br>Hon. Stanley Blumenfeld, Jr.<br>Courtroom 6C<br><br>**ORDER OF DISMISSAL**<br><br>[*Filed Concurrently with Stipulation of Dismissal*] |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
**ORDER OF DISMISSAL**

**ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure (41)(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of actions, and parties. The Clerk is directed to close the file.

Dated: July 27, 2021

_____
Honorable Stanley Blumenfeld, Jr.
UNITED STATES DISTRICT JUDGE